STATE of Missouri, Respondent,

v.

Carlos ALVAREZ, Appellant.

No. WD 74871.

Missouri Court of Appeals,
Western District.

June 4, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 30, 2013.

Application for Transfer Denied Oct. 1, 2013.

Danieal Miller, Columbia, MO, for appellant.

Evan Buchheim, Jefferson City, MO, for respondent.

Before: GARY D. WITT, P.J., THOMAS H. NEWTON, and MARK D. PFEIFFER, JJ.

### ORDER

PER CURIAM:

Mr. Carlos Alvarez appeals the conviction for first-degree statutory rape. He challenges the trial court's submission of certain jury instructions and the denial of a motion for new trial based on the victim's post-trial recantation.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).